UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:14-CR-72-D-5

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENNA MARTIN | ORDER TO SEAL |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that the Sentencing Memorandum at Docket Entry #719 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

This **24** day of February, 2017.

JAMES C. DEVER III
Chief United States District Court Judge